### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRACY VAN ATTA**<br><br>**Plaintiff,**<br><br><br>**v.**<br><br>**CONSUMER FINANCIAL PROTECTION BUREAU**<br><br><br>**Defendant.** | **Civil Action No.: 1:18-cv-02033-ABJ**<br><br>**JURY TRIAL REQUESTED** |

### NOTICE OF WITHDRAWAL

To the Clerk of Court and all parties of record:

Notice is hereby given that the undersigned attorney Kassandra Haynes, counsel for Plaintiff Tracy Van Atta, withdraws her appearance in the above-captioned matter. The basis for the withdrawal is that Ms. Haynes is leaving Potomac Legal Group PLLC. Please be advised that Natalie Koss remains counsel of record for Plaintiff Tracy Van Atta.

Dated: September 18, 2018

Respectfully submitted,
POTOMAC LEGAL GROUP PLLC


Kassandra Haynes, Esq.
1420 N Street, NW, Suite 102
Washington, D.C. 20005
(202) 643-9840 (telephone)
(202) 350-2654 (facsimile)
Haynes@potomaclegalgroup.com
*Attorney for Plaintiff Tracy Van Atta*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September 2018, a true and correct copy of

Complainant's Notice of Withdrawal was served on the following via electronic mail:

Amanda Ploch
Jack Barrett
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
(202) 435-7114
Amanda.Ploch@cfpb.gov
Bernard.Barrett@cfpb.gov

Kassandra Haynes
Kassandra Haynes